■ In the Matter of Svi Zer, a Suspended Attorney. [646 NYS2d 754] —Motion for an order dissmising respondent's notice of appeal, or, in the alternative, deeming the notice as a motion for leave to appeal to the Court of Appeals, and denying

the motion in all respects is denied; cross-motion denied. No opinion. Concur—Sullivan, J. P., Rosenberger, Wallach, Ross and Williams, JJ.